UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

| | |
|---|---|
| **RARE BREED TRIGGERS, Inc., a Texas corporation, and ABC IP, LLC, a Delaware limited liability company,**<br><br>*Plaintiff*<br><br>v.<br><br>**Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company, et al.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:25-cv-04938-SMB<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF SERVICE**

I, Yvette Owens, state:

I am an Arizona private process server in good standing, MC8378. I am 21 years or older and not a party to this action.

I served the following documents to Michael Stakes in Maricopa County, AZ on January 7, 2026 at 1:54 pm at 43609 N Ericson Ln, New River, AZ 85087-6142 by personal service by handing the following documents to an individual identified as Michael Stakes.

COMPLAINT FOR PATENT INFRINGEMENT AND FALSE PATENT MARKING
PRELIMINARY ORDER
SUMMONS IN A CIVIL ACTION
Exhibits
Race: White, Sex: Male, Est. Age: 35-44, Hair: no, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.8804725309,-112.1397513879
Photograph: See Exhibit 1

Total Cost: $171.80

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in | /s/ *Yvette Owens* |
|    Maricopa County   , | Signature |
|   AZ   on   1/7/2026   . | Yvette Owens |
| | +1 (602) 465-6931 |

