1  Matthew A. Colvin (TX 24087331)
   Carl E. Bruce (TX 24036278)
2  **FISH & RICHARDSON P.C.**
3  1717 Main Street, Suite 5000
   Dallas, TX 75201
4  E-mail: colvin@fr.com
5  E-mail: bruce@fr.com
   Tel: (214) 747-5070
6  Fax: (214) 747-2091

7  *Attorneys For Plaintiffs*

8  *Additional Counsel Listed on Signature Page*
9

10              IN THE UNITED STATES DISTRICT COURT
                    FOR DISTRICT OF ARIZONA
11

12 | ABC IP, LLC, a Delaware limited liability company, and RARE BREED TRIGGERS, INC., a Texas corporation, | ) ) ) ) | CASE NO. 2:25-cv-04938-SMB |
|---|---|---|
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | NOTICE OF MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES |
| Firearm Systems LLC d/b/a Firearm Systems, an Arizona limited liability company, | ) ) ) ) | |
| and | ) ) | |
| Brandon Donatto, an individual, | ) ) | |
| and | ) ) | |
| Michael Stakes, an individual, | ) ) | |
| and | ) ) | |
| John Doe, an entity of unknown type, | ) | |
| Defendants. | | |

1  Pursuant to United States Judicial Panel on Multidistrict Litigation Rule of
2  Procedure 4.1, Plaintiffs ABC IP, LLC and Rare Breed Triggers, Inc. (collectively
3  "Plaintiffs") hereby provide notice regarding MDL proceedings pertinent to this
4  case. *See In re: Super Safety Patent Litigation*, MDL No. 3176.

1. On December 23, 2025, defendants in related actions ("Movants") filed a Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Motion") before the Judicial Panel on Multidistrict Litigation ("Panel").

2. On January 13, 2026, Plaintiffs filed a Response to Defendants' Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Response") before the Panel.

3. On January 20, 2026, Movants filed a Reply in Support of Their Motion to Transfer for Coordination or Consolidation Under 28 U.S.C. § 1407 ("MDL Reply") before the Panel.

Copies of the MDL Motion, MDL Response, and MDL Reply and all attachments are attached hereto.

| | |
|---|---|
| DATED: February 5, 2026 | Respectfully submitted, |
| | */s/ Matthew A. Colvin* |
| | Matthew A. Colvin |
| | Texas Bar No. 24087331 |
| | Carl E. Bruce |
| | Texas Bar No. 24036278 |
| | **FISH & RICHARDSON P.C.** |
| | 1717 Main Street, Suite 5000 |
| | Dallas, TX 75201 |
| | E-mail: colvin@fr.com |
| | E-mail: bruce@fr.com |
| | Tel: (214) 747-5070 |
| | Fax: (214) 747-2091 |
| | |
| | Ben Christoff |
| | DC Bar No. 1025635 |
| | **FISH & RICHARDSON P.C.** |
| | 1001 Maine Avenue SW, Suite 1000 |
| | Washington, DC 20024 |
| | E-mail: christoff@fr.com |
| | Tel: (202) 783-5070 |
| | Fax: (202) 783-2331 |
| | |
| | Glenn D. Bellamy (pro hac vice forthcoming) |
| | **WOOD HERRON & EVANS LLP** |
| | 600 Vine Street, Suite 2800 |
| | Cincinnati OH 45202 |
| | E-mail: gbellamy@whe-law.com |
| | Tel: (513) 707-0243 |
| | Fax: (513) 241-6234 |
| | |
| | *Attorneys for Plaintiffs* |
| | *ABC IP, LLC and Rare Breed Triggers, Inc.* |

2