Benjamin A. Longbottom (#038602)
HOLLAND & HART LLP
2398 E. Camelback Road, Suite 650
Phoenix, AZ 85016
Telephone: +1.303.295.8474
balongbottom@hollandhart.com

Paul D. Swanson *
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: +1.303.295.8578
pdswanson@hollandhart.com

Timothy Getzoff *
HOLLAND & HART LLP
1800 Broadway, Suite 300
Boulder, CO 80302
Telephone: +1.303.473.2734
tgetzoff@hollandhart.com

*Attorneys for Defendants*

* Pro hac vice applications
forthcoming

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rare Breed Triggers Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Firearm Systems LLC, et al., <br><br> Defendants. | No. CV-25-04938-PHX-SMB <br><br> **NOTICE OF DEFENDANTS' BRIEF IN RESPONSE TO MOTION TO TRANSFER AND CONSOLIDATE RELATED CASES** |

On February 5, 2026 Plaintiffs filed a Notice of Motion to Transfer and Consolidate Related Cases (Dkt. 15).

Plaintiffs' Notice identifies and attaches three MDL filings pertinent to this case but omits the Interested Party Response filed on January 30, 2026 by the Partisan Network in MDL No. 3176 (Dkt. 17) on behalf of Defendant Firearm Systems LLC and other parties. Firearm Systems submits that filing, attached here as Exhibit A, to complete Plaintiffs' Notice.

Dated: February 6, 2026

**HOLLAND & HART LLP**

By: */s/ Benjamin A. Longbottom*
    Benjamin A. Longbottom (#038602)
    2398 E. Camelback Road, Suite 650
    Phoenix, AZ 85016
    Telephone: +1.303.295.8474
    balongbottom@hollandhart.com

    Paul D. Swanson *
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, CO 80202
    Telephone: +1.303.295.8578
    pdswanson@hollandhart.com

    Timothy Getzoff *
    HOLLAND & HART LLP
    1800 Broadway, Suite 300
    Boulder, CO 80302
    Telephone: +1.303.473.2734
    tgetzoff@hollandhart.com

    *Attorneys for Defendants*

    * Pro hac vice applications forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 6, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants in this case.

*/s/ Benjamin A. Longbottom*

37000759